UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Case No: 24–41479–WJF

ANGELA D DOWNEY BIROSH,  Chapter 13

Debtor(s).

# ORDER DISMISSING CASE

On 06/24/2024, the United States Trustee filed a Motion to Dismiss under 11 U.S.C. §§ 1307(c)(1),(3), and (9), 1321, 521(a)(1)(B) (iv) and(v), and Federal Rules of Bankruptcy Procedure 1007(b) and 3015(b), asserting that the Debtor ANGELA D DOWNEY BIROSH failed to timely file required documents. The Debtor(s) did not file the documents specified in the *Motion to Dismiss*. Based on a review of the record, the Court finds that the United States Trustee established cause for dismissal.

IT IS THEREFORE ORDERED that:

1. This case is **DISMISSED without prejudice**.

2. The Clerk must provide copies of this order as notice to the debtor(s), to the attorney for the debtor(s) if the debtor(s) is represented, and to the trustee, the United States Trustee, and all creditors listed in the matrix filed with the petition commencing this case.

Dated: 7/1/24　　　　　　　　　　　　　　　　　William J Fisher
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**mnbtrdsm** 4/24