UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Case No: 24−41479−WJF

ANGELA D DOWNEY BIROSH,  Chapter 13

Debtor(s).

## ORDER DISMISSING CASE

On 06/24/2024, the United States Trustee filed a Motion to Dismiss under 11 U.S.C. §§ 1307(c)(1),(3), and (9), 1321, 521(a)(1)(B) (iv) and(v), and Federal Rules of Bankruptcy Procedure 1007(b) and 3015(b), asserting that the Debtor ANGELA D DOWNEY BIROSH failed to timely file required documents. The Debtor(s) did not file the documents specified in the *Motion to Dismiss*. Based on a review of the record, the Court finds that the United States Trustee established cause for dismissal.

IT IS THEREFORE ORDERED that:

1. This case is **DISMISSED without prejudice**.

2. The Clerk must provide copies of this order as notice to the debtor(s), to the attorney for the debtor(s) if the debtor(s) is represented, and to the trustee, the United States Trustee, and all creditors listed in the matrix filed with the petition commencing this case.

Dated: 7/1/24  William J Fisher
United States Bankruptcy Judge

**mnbtrdsm** 4/24

In re:  Case No. 24-41479-WJF
ANGELA D DOWNEY BIROSH  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4      User: admin      Page 1 of 1
Date Rcvd: Jul 01, 2024      Form ID: mnbtrdsm      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + ANGELA D DOWNEY BIROSH, 411 N 5TH STREET, MONTEVIDEO, MN 56265-1507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kyle Carlson | info@carlsonch13mn.com  barnesvillemn13@ecf.epiqsystems.com;trusteeMNB50@ecf.epiqsystems.com |
| Sarah J Wencil | on behalf of U.S. Trustee US Trustee Sarah.J.Wencil@usdoj.gov |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3